IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                                                PLAINTIFF

v.                          CIVIL ACTION NO. 5:24-cv-05195-TLB

NORTHWEST ARKANSAS HOSPITALS, LLC
d/b/a NORTHWEST MEDICAL
CENTER-BENTONVILLE                                                                    DEFENDANT

To the Clerk of the Court:

I certify I am duly authorized to practice in this Court, and hereby enter my appearance as attorney in charge and to be noticed for the defendant, NORTHWEST ARKANSAS HOSPITALS, LLC d/b/a NORTHWEST MEDICAL CENTER-BENTONVILLE

Respectfully submitted this 7th day of November, 2024.

> James M. Gary
> AR Bar No. 80051
> (Attorney in Charge and To Be Noticed)
> KUTAK ROCK LLP
> One Union National Plaza
> 124 West Capitol Ave. 20th Floor
> Little Rock, Arkansas 72201
> Attorney in Charge Direct: 501.975.3140
> Main Dial: 501.975.3000
> Fax: 501.975.3001
> **jim.gary@kutakrock.com**