IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                    **PLAINTIFF**

V.                                    CASE NO. 5:24-CV-5195

NORTHWEST ARKANSAS HOSPITALS, LLC
d/b/a NORTHWEST MEDICAL CENTER                             **DEFENDANT**

### VERDICT FORM

**INTERROGATORY 1.**    On the Equal Employment Opportunity Commission's sex

discrimination claim, brought on behalf of Efrin Chavez, as submitted in Instruction No.

6.1, we find in favor of:

_____EEOC_____
(EEOC or Northwest Arkansas Hospitals)

_7/24/26_____
Date                                              Signature of Foreperson

**If your answer is EEOC, proceed to Interrogatory 2.**

**If your answer is Northwest Arkansas Hospitals, your deliberations are complete.
Notify the Court Security Officer that you have reached your verdict.**

Page 1 of 4

**INTERROGATORY 2.** Has Northwest proved that it would have subjected Mr. Chavez to the same disadvantageous change(s) in his terms, conditions, or privileges of employment regardless of his sex or the sex-based preference of any physician?

No
(Yes or No)

7/24/26
Date

Signature of Foreperson

**If your answer is Yes, your deliberations are complete. Notify the Court Security Officer that you have reached your verdict.**

**If your answer is No, proceed to Interrogatory 3.**

**INTERROGATORY 3.** We find Mr. Chavez's damages, as described in Instructions No.

6.7 and 6.8, to be:

$ 5,000

(state the amount, or if you find Mr. Chavez's damages do not
have a monetary value, write in the nominal amount of $1.00)

7/24/26

Date                                                    Signature of Foreperson

**Proceed to Interrogatory 4.**

**INTERROGATORY 4.** We assess punitive damages against Northwest, as described in Instruction No. 6.9, as follows:

$ 100,000
(state the amount, or if none, write the word "none")

7/24/26
Date

Signature of Foreperson

**Your deliberations are complete. Notify the Court Security Officer that you have reached your verdict.**