**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**          **PLAINTIFF**

**V.**                    **CASE NO. 5:24-CV-5195**

**NORTHWEST ARKANSAS HOSPITALS, LLC d/b/a
NORTHWEST MEDICAL CENTER-BENTONVILLE**          **DEFENDANT**

## ORDER ON JURY VERDICT

On July 20, 2026, this matter came before the Court for trial to a duly qualified and selected jury of eight. After five days of trial, the jury was instructed on the applicable law and the case was submitted on interrogatories, whereupon the jury retired to deliberate its verdict. Thereafter, the jury returned to open court and delivered its verdict.

The jury unanimously found in favor of the EEOC on its sex discrimination claim brought on behalf of Efrin Chavez against Northwest Arkansas Hospitals and found that Mr. Chavez had sustained $5,000 in compensatory damages and awarded $100,000 dollars in punitive damages.

The Court has found no irregularities as to the form of the verdict; the jury was polled and every juror confirmed their agreement with each interrogatory response. The jury was then discharged of its duties, and the trial was adjourned.

The EEOC may submit a motion for injunctive relief and for fees and costs by no later than August 7, 2026. The Court will enter judgment upon resolution of such motion.

**IT IS SO ORDERED** on this 28th day of July, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE