**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** — **PLAINTIFF**

**V.** **CASE NO. 5:24-CV-5195**

**NORTHWEST ARKANSAS HOSPITALS, LLC d/b/a NORTHWEST MEDICAL CENTER–BENTONVILLE** — **DEFENDANT**

# JUDGMENT

In view of the jury's unanimous decision on July 24, 2026, that Plaintiff Equal Employment Opportunity Commission ("EEOC") prevailed on its sex discrimination claim brought on behalf of Efrain Chavez against Northwest Arkansas Hospitals, **IT IS HEREBY ORDERED AND ADJUDGED** that Mr. Chavez is awarded $5,000 in compensatory damages and $100,000 dollars in punitive damages.

**IT IS FURTHER ORDERED AND ADJUDGED** that the EEOC is awarded its taxable costs in the total amount of $7,750.50.

**IT IS FURTHER ORDERED AND ADJUDGED** that the following prospective injunctive relief is warranted:

(1) All employees and physicians with hospital privileges at Freeman Health System–Bentonville Medical Center[1] must complete EEO training on sex discrimination for one hour per year for the next four years;

(2) Freeman Health System–Bentonville Medical Center must maintain records of such training and provide proof of the same to the EEOC within sixty days of each

[1] The Court previously determined that Freeman Health System–Bentonville Medical Center is the successor in interest of Northwest Arkansas Hospitals.

training, including the name, address, telephone number, résumé, and appropriate credentials of the trainer(s); the date(s) of the training; and a schedule and contents of the training;

(3) Freeman Health System–Bentonville Medical Center must post the hospital's non-discrimination policies; and

(4) to the extent Freeman Health System–Bentonville Medical Center is asked to provide an employment reference for Mr. Efrain Chavez, it is prohibited from retaliating against Mr. Chavez for having participated in this action.

**IT IS SO ORDERED AND ADJUDED** on this 3rd day of November, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE